IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BERNARD L. SMITH, P40024, ) | No. C 14-3414 CRB (PR) |
| Plaintiff. ) | ORDER OF TRANSFER |
|  ) | (Dkt. #8) |

Plaintiff, a prisoner at Mule Creek State Prison (MCSP) in Ione, California, has filed a pro se civil action alleging inadequate medical care at MCSP. A substantial part of the events or omissions giving rise to the claim occurred, and the potential defendants referred to in the pleading reside, in Amador County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  Sept. 19, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Smith, B.14-3414.transfer.wpd